```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

IN RE:                                  ) CHAPTER 13
                                        )
ALFRED ANANE MENSAH,                    )
                                        ) CASE NO. 11-50363-MHM
                                        )
        DEBTOR.                         )

## OBJECTION TO CONFIRMATION

     COMES NOW ADAM M. GOODMAN, TRUSTEE herein, and objects to Confirmation of the Plan for the following reasons:

     1.   Debtor has failed to attend the 11 U.S.C. Section 341 hearing.

     2.   The Debtor has failed to maintain payments into this case as required by 11 U.S.C. Section 1326.

     3.   Debtor has not filed a Plan as required by 11 U.S.C. Section 1321.

     4.   Debtor has not filed schedules as required by Bankruptcy Rule 1007.

     5.   Debtor has not filed a statement of current monthly income and calculation of commitment period and disposable income.

     6.   The Debtor has not filed a certificate indicating that Debtor obtained a briefing from an approved non-profit budget and credit counseling agency within 180 days preceding the date of filing, as required by 11 U.S.C. Section 109(h).  The Debtor may not be eligible for relief under Title 11.

     7.   The Debtor has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

     8.   The Debtor has failed to provide copies of all pay advices received within sixty (60) days of filing the instant case, in violation of 11 U.S.C. Section 521(a)(1)(B)(iv).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's Plan, and to dismiss the case.

                                                                        ____/s/_____
                                                                        Celeste A. Belville,
                                                                        Attorney for Chapter 13 Trustee
                                                                        GA Bar No. 049702

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

11-50363-MHM

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR:

    ALFRED ANANE MENSAH
    3237 SHADY VALLEY LANE
    LOGANVILLE, GA 30052

ATTORNEY FOR DEBTOR:

    DEBTOR PRO SE, ATTY.

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 25th day February 2011.

        /s/ _____

Adam M. Goodman, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444